The Honorable Samuel J. Steiner
Chapter 7
Hearing Date: May 15, 2009
Hearing Time: 9:30 a.m.
Hearing Location: Seattle, WA
Response Due: **May 8, 2009**

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| IN RE:<br><br>Rupanjali Snowden,<br><br><br>Debtor(s). | Case No. 09-10318-SJS<br><br>(PROPOSED) ORDER GRANTING MOTION FOR SANCTIONS AGAINST CHECK INTO CASH FOR WILLFUL VIOLATION OF THE AUTOMATIC STAY UNDER 11 U.S.C. § 362(k)(1) |

THIS MATTER having come before the court on the Debtor's Motion for Sanctions Against Check Into Cash for Willful Violation of the Automatic Stay Under 11 U.S.C. § 362(k)(1), the Court having reviewed the Motion and finding that good cause exists to enter this Order, now, therefore,

IT IS HEREBY ORDERED that the Motion for Sanctions Against Check Into Cash for Willful Violation of the Automatic Stay Under 11 U.S.C. § 362(k)(1), is hereby granted.

DONE this ___ day of May, 2009.

_____
The Honorable Samuel J. Steiner
United States Bankruptcy Court Judge

(PROPOSED) ORDER GRANTING MOTION FOR SANCTIONS AGAINST CHECK INTO CASH FOR WILLFUL VIOLATION OF THE AUTOMATIC STAY UNDER 11 U.S.C. § 362(K)(1)
(09-10318-SJS) - 1

**SEATTLE DEBT LAW, LLC**
705 SECOND AVE,.SUITE 501
SEATTLE, WASHINGTON 98104
telephone (206) 324-6677
fax (877) 562-5148

Case 09-10318-MLB    Doc 17-1    Filed 04/09/09    Ent. 04/09/09 15:56:21    Pg. 1 of 2

Presented by:

SEATTLE DEBT LAW, LLC

/s/ *Christina Latta Henry*
Christina Latta Henry, WSBA 31273
Attorney for Debtor

(PROPOSED) ORDER GRANTING MOTION FOR
SANCTIONS AGAINST CHECK INTO CASH FOR
WILLFUL VIOLATION OF THE AUTOMATIC STAY
UNDER 11 U.S.C. § 362(K)(1)
(09-10318-SIS) - 2

**SEATTLE DEBT LAW, LLC**
705 Second Ave,.Suite 501
Seattle, Washington 98104
telephone (206) 324-6677
fax (877) 562-5148