The Honorable Samuel J. Steiner
Chapter 7
Hearing Date: May 15, 2009
Hearing Time: 9:30 a.m.
Hearing Location: Seattle, WA
Response Due: **May 8, 2009**

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

IN RE:

Rupanjali Snowden,

Debtor(s).

Case No. 09-10318-SJS

DECLARATION OF CHRISTINA LATTA HENRY IN SUPPORT OF MOTION FOR SANCTIONS AGAINST CHECK INTO CASH FOR WILLFUL VIOLATION OF THE AUTOMATIC STAY UNDER 11 U.S.C. § 362(k)(1)

I, Christina Latta Henry, declare as follows:

1.      I am the attorney for the Debtor in the above-referenced case.  I have personal knowledge of the facts described herein and if called upon to testify to the truth thereof, I could and would do so.

2.      Debtor listed Check Into Cash as a creditor on Schedule F of her bankruptcy petition.

3.      The amount of Check Into Cash's claim was listed as $575 on Schedule F.

4.      On January 22, 2009, a Notice of Chapter 7 Bankruptcy Case was mailed to Check Into Cash by the United States Bankruptcy Court, Western District of Washington, on Debtor's behalf. A copy of the Certificate of Notice is attached hereto as **Exhibit A.**

DECLARATION OF CHRISTINA LATTA HENRY IN
SUPPORT OF MOTION FOR SANCTIONS AGAINST
CHECK INTO CASH FOR WILLFUL VIOLATION OF
THE AUTOMATIC STAY UNDER 11 U.S.C.§ 362(k)(1)  - 1

SEATTLE DEBT LAW, LLC
705 SECOND AVE, SUITE 501
SEATTLE, WASHINGTON  98104
telephone (206) 324-6677
fax (877) 562-5148

Case 09-10318-MLB    Doc 18    Filed 04/09/09    Ent. 04/09/09 15:59:03    Pg. 1 of 2

5. I have communicated with Check Into Cash on several occasions, via fax and telephone, both before and after Debtor filed her bankruptcy petition. Representatives of Check Into Cash told me they had received notice of Debtor's bankruptcy and that they had forwarded the notice to their corporate headquarters.

UNDER PENALTY OF PERJURY, I DECLARE I HAVE READ THIS STATEMENT AND TO THE BEST OF MY KNOWLEDGE BELIEVE IT IS TRUE.

EXECUTED this 9th day of April, 2009 at Seattle, Washington.


_____*/s/ Christina Latta Henry*_____
Christina Latta Henry

DECLARATION OF CHRISTINA LATTA HENRY IN
SUPPORT OF MOTION FOR SANCTIONS AGAINST
CHECK INTO CASH FOR WILLFUL VIOLATION OF
THE AUTOMATIC STAY UNDER 11 U.S.C.§ 362(k)(1)  - 2

**SEATTLE DEBT LAW, LLC**
705 SECOND AVE,.SUITE 501
SEATTLE, WASHINGTON  98104
telephone (206) 324-6677
fax (877) 562-5148

Case 09-10318-MLB    Doc 18    Filed 04/09/09    Ent. 04/09/09 15:59:03    Pg. 2 of 2