The Honorable Samuel J. Steiner
Chapter 7
Hearing Date: June 12, 2009
Hearing Time: 9:30 a.m.
Hearing Location: Seattle, WA
Response Due: **June 5, 2009**

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

IN RE:

Rupanjali Snowden,

Debtor(s).

Case No. 09-10318-SJS

CHAPTER 7

PROOF OF SERVICE

I, Christine A. Turner, under penalty of perjury, declare that on the dates indicated below, I caused a copy of the following documents to be served on the parties listed below via United States First Class Mail and/or ECF:

*Debtor's Note for Motion, Motion for Sanctions Against Check Into Cash for Willful Violation of the Automatic Stay, Declaration of Counsel in Support of Motion, Declaration of Debtor in Support of Motion, and Proposed Order Granting Motion for Sanctions*

Via ECF on May 12, 2009:

| | |
|---|---|
| Edmund J Wood | ewood1@aol.com |
| U.S. Trustee | USTPRegion18.SE.ECF@usdoj.gov |

//

PROOF OF SERVICE- 1

SEATTLE DEBT LAW, LLC
705 SECOND AVE,.SUITE 501
SEATTLE, WASHINGTON 98104
telephone (206) 324-6677
fax (877) 562-5148

Via certified U.S. mail and First Class Mail on May 13, 2009:

CT Corporation System,
Registered Agent for
Check Into Cash of Washington, Inc.
1801 West Bay Drive NW, Suite 206
Olympia, WA 98502

CT Corporation System
Registered Agent for
Check Into Cash
800 South Gay Street, Suite 2021
Knoxville, TN 37929-9710

Check Into Cash
1247 W. Washington
Sequim, WA 98382-3227

*Notice only* via United States First Class Mail on May 12, 2009 to the parties listed on the USBC Matrix extracted from PACER and attached hereto as **Exhibit A.**

I CERTIFY UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE STATE OF WASHINGTON THAT THE FOREGOING STATEMENT IS BOTH TRUE AND CORRECT.

Executed this 13th day of May, 2009 at Seattle, Washington.

/s/ Christine A. Turner
Christine A. Turner

PROOF OF SERVICE- 2

SEATTLE DEBT LAW, LLC
705 SECOND AVE, SUITE 501
SEATTLE, WASHINGTON 98104
telephone (206) 324-6677
fax (877) 562-5148

Case 09-10318-MLB    Doc 27    Filed 05/13/09    Ent. 05/13/09 12:35:38    Pg. 2 of 3

Label Matrix for local noticing
0981-2
Case 09-10318-SJS
Western District of Washington
Seattle
Tue May 12 09:08:16 PDT 2009

American General Finan
13401 NE Bel Red Rd, Ste B-1
Bellevue, WA 98005-2345

Capital 1 Bank
Attn: C/O TSYS Debt Management
PO Box 5155
Norcross, GA 30091-5155

Check into Cash
1247 W. Washington St.
Sequim, WA 98382-3227

Citi
Attn: Centralized Bankruptcy
PO Box 20507
Kansas City, MO 64195-0507

Citibank USA / Bankruptcy Dept
PO Box 20507
Kansas City, MO 64195-0507

Citibank Usa
Attn.: Centralized Bankruptcy
PO Box 20507
Kansas City, MO 64195-0507

Dell Financial Services
Attn: Bankruptcy Dept.
12234 North IH 35
Austin, TX 78753-1724

Donna Smith
Mann Bracken LLC
11124 NE Halsey
PMB 680
Portland, OR 97220-2021

Fashion Bug
Attn: Bankruptcy
6356 Corley Rd
Norcross, GA 30071-1704

Fashion Bug
Dept 11196
PO Box 1259
Oaks, PA 19456-1259

First Premier Bank
PO Box 5524
Sioux Falls, SD 57117-5524

GEMB / Walmart
Attention: Bankruptcy
PO Box 103106
Roswell, GA 30076-9106

Gemb / JC Penny
PO Box 981402
El Paso, TX 79998-1402

Christina Latta Henry
Seattle Debt Law LLC
705 2nd Ave Ste 501
Seattle, WA 98104-1715

Hsbc Bank
ATTN: BANKRUPTCY
PO BOX 5253
Carol Stream, IL 60197-5253

JC Penney
Attention: Bankruptcy Department
PO Box 103106
Roswell, GA 30076-9106

Jefferson Capital Syst
16 Mcleland Rd
Saint Cloud, MN 56303-2198

National Credit Servic
17704 134th Ave Ne
Woodinville, WA 98072-4605

Olympic Medical Center
939 Caroline Street
Port Angeles, WA 98362-3997

Pacific Northwest Coll
819 Pacific Ave
Tacoma, WA 98402-5299

Patrick and Lynn Barker
865 Broadview Rd
Sequim, WA 98382-7774

Sallie Mae
Attn: Claims Dept
PO Box 9500
Wilkes Barre, PA 18773-9500

Rupanjali Snowden
506 B. Reservoir Rd
Sequim, WA 98382-3945

Samuel J. Steiner
Seattle
700 Stewart St, Rm 6301
Seattle, WA 98101-1271

Suttell & Associates
1450 - 114th Ave SE Suite 240
Bellevue, WA 98004-6934

Target
PO Box 9475
Minneapolis, MN 55440-9475

The Loan Zone
680 W Washington ST.
Sequim, WA 98382-3264

US Bank
101 W. Washington
Sequim, WA 98382-3337

US Trustee
700 Stewart St Ste 5103
Seattle, WA 98101-1271