**CT CORPORATION**
May 20, 2009

Christina Latta Henry
Seattle Debt Law, LLC
705 Second Avenue
Suite 501
Seattle, WA 98104

Re: Rupanjali Snowden, Debtor vs. To: Check Into Cash

Case No. 0910318

Dear Sir/Madam:

We are herewith returning the Notice of Hearing, Motion, Declaration, Exhibits which we received regarding the above captioned matter.

Our records indicate that we represent more than one entity beginning with the name: Check Into Cash. In order that we may properly process the enclosed documents(s), we must be provided with the full name of the entity for which it is intended.

Should you make this determination, please note the full name of the entity on the envelope, return the document(s) to us and we will be glad to forward it on.

Very truly yours,


Ericka Fry


Log# 514889901

FedEx Tracking# 790666577252

cc: US Bankruptcy Court Western District of Washington at Seattle
United States Courthouse
700 Stewart Street
Room 6301
Seattle, WA 98101

[Received stamp: BANKRUPTCY COURT, MAY 26 2009, WESTERN DISTRICT OF WASHINGTON AT SEATTLE, RECEIVED]

800 South Gay Street, Suite 2021
Knoxville, TN 37929-9710

A WoltersKluwer Company

The Honorable Samuel J. Steiner
Chapter 7
Hearing Date: June 12, 2009
Hearing Time: 9:30 a.m.
Hearing Location: Seattle, WA
Response Due: **June 5, 2009**

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

IN RE:

Rupanjali Snowden,

Debtor(s).

Case No. 09-10318-SJS

NOTICE OF HEARING ON
MOTION FOR SANCTIONS
AGAINST CHECK INTO CASH FOR
WILLFUL VIOLATION OF THE
AUTOMATIC STAY UNDER 11
U.S.C. § 362(k)(1)

PLEASE TAKE NOTICE that Counsel for Debtor Rupanjali Snowden (hereinafter "Debtor") has filed a Motion for Sanctions Against Check Into Cash for Willful Violation of the Automatic Stay Under 11 U.S.C. § 362(k)(1). The hearing on the Motion will be held as follows:

| JUDGE: | Samuel J. Steiner |
| PLACE: | 700 Stewart Street, Room 8206 |
|  | Seattle, Washington 98101 |
| DATE: | June 12, 2009 |
| TIME: | 9:30 A.M. |
| RESPONSE DATE: | **June 5, 2009** |

IF YOU OPPOSE THE MOTION, you must file your written response with the court clerk, and deliver copies on the undersigned NOT LATER THAN THE RESPONSE DATE which is **June 5, 2009**. If you fail to file a written objection, an Order may be presented without further notice.

DATED this 12th day of May, 2009.

SEATTLE DEBT LAW, LLC

/s/ *Christina Latta Henry*
Christina Latta Henry, WSBA# 31273
Attorney for Debtor

NOTICE OF HEARING ON MOTION FOR SANCTIONS
AGAINST CHECK INTO CASH FOR WILLFUL
VIOLATION OF THE AUTOMATIC STAY UNDER 11
U.S.C. § 362(K)(1)- 1

SEATTLE DEBT LAW, LLC
705 SECOND AVE, SUITE 501
SEATTLE, WASHINGTON 98104
telephone (206) 324-6677
fax (877) 562-5148

NOTICE OF HEARING ON MOTION FOR SANCTIONS
AGAINST CHECK INTO CASH FOR WILLFUL
VIOLATION OF THE AUTOMATIC STAY UNDER 11
U.S.C. § 362(K)(1)- 2

SEATTLE DEBT LAW, LLC
705 SECOND AVE, SUITE 501
SEATTLE, WASHINGTON 98104
telephone (206) 324-6677
fax (877) 562-5148



CT Corporation System
Registered Agent for Check Into Cash
800 South Gay Street, Suite 2021
Knoxville, TN 37929-9710

La
Av
98104