Amit D. Ranade, WSBA #34878  
Alexander M. Wu, WSBA #40649  
HILLIS CLARK MARTIN & PETERSON, P.S.  
1221 Second Avenue, Suite 500  
Seattle, Washington 98101-2925  
(206) 623-1745  

The Honorable Samuel J. Steiner  
Chapter 7 Proceeding  

Attorneys for Creditor  
Check Into Cash  

IN THE UNITED STATES BANKRUPTCY COURT  
FOR THE WESTERN DISTRICT OF WASHINGTON AT SEATTLE  

In re:

Rupanjali Snowden,

        Debtor.

Case No. 09-10318-SJS

**DECLARATION OF PAWEL BLAZ IN SUPPORT OF CHECK INTO CASH'S RESPONSE TO RUPANJALI SNOWDEN'S MOTION FOR SANCTIONS AGAINST CHECK INTO CASH FOR WILLFUL VIOLATION OF THE AUTOMATIC STAY UNDER 11 U.S.C § 362(K)(1)**

PAWEL BLAZ hereby declares as follows:

1. I am the Manager of Sales and Marketing for Gulf Management Systems, Inc. ("GMS"). I make this Declaration based on my personal knowledge and the business records kept by GMS in the ordinary course of its business. I am over the age of 18, competent to testify, and authorized to testify on GMS's behalf in this matter.

2. I have more than nine years of experience with Automatic Clearing House ("ACH") transactions. I am an Accredited ACH Professional (AAP), a credential offered by the National Automatic Clearing House Association to persons who demonstrate expertise in ACH transactions by passing a rigorous exam.

*Declaration of Pawel Blaz in Support of Check Into Cash's Response to Rupanjali Snowden's Motion for Sanctions -*  
*Page 1 of 4*

HILLIS CLARK MARTIN &  
PETERSON, P.S.

1221 Second Avenue, Suite 500  
Seattle WA 98101-2925  
206.623.1745; fax 206.623.7789

Case 09-10318-MLB   Doc 53   Filed 08/20/09   Ent. 08/20/09 16:33:33   Pg. 1 of 4

3. A brief description of ACH terminology would be helpful to explain how ACH transactions occur. The diagram attached as EXHIBIT A, copied from page 5 of the ACH Primer contained in the 2009 ACH Rules, illustrates how an ACH debit transaction might occur. For an ACH debit transaction, the Originator is the person requesting the transfer of funds from another person's account to the Originator's account. Before initiating an ACH transaction, the Originator must receive authorization from the Receiver, the person whose account will be debited.

4. The Originator initiates an ACH debit transaction by transmitting an ACH debit entry to the Originating Depository Financial Institution ("ODFI"), typically the Originator's bank. An ACH debit entry is an electronic record containing information necessary to transfer funds out of the Receiver's account. Submission of an ACH debit entry An ACH debit entry includes the Receiver's name, the Receiver's account information (routing and account numbers), and the amount to be debited from the Receiver's account. An ACH debit entry is the electronic equivalent of a check.

5. The ODFI transmits the ACH debit entry to the ACH Operator. There are two ACH Operators in the United States that process ACH transactions: the Federal Reserve and Electronic Payment Network ("EPN"). EPN is the only private ACH Operator in the United States, and processes approximately 48 percent of commercial ACH transactions in the United States. The Federal Reserve processes the remaining ACH transactions.

6. After receiving the ACH debit entry from the ODFI, the ACH Operator transmits the ACH debit entry to the Receiving Depository Financial Institution ("RDFI"). The RDFI debits the Receiver's account for the amount of the transaction. The ACH Operator then debits the RDFI's Federal Reserve account and credits the ODFI's Federal Reserve account. The ACH transaction is complete when the ODFI subsequently credits the Originator's account.

7. There are many different types of ACH entries. The ACH transaction in this case was a Prearranged Payment and Deposit ("PPD") entry. PPD entries are commonly used when the Receiver signs a contract authorizing the Originator to electronically transfer funds into or out of the Receiver's account. The Receiver may authorize repeating transfers, or a one-time transfer.

*Declaration of Pawel Blaz in Support of Check Into Cash's Response to Rupanjali Snowden's Motion for Sanctions - Page 2 of 4*

HILLIS CLARK MARTIN & PETERSON, P.S.

1221 Second Avenue, Suite 500
Seattle WA 98101-2925
206.623.1745; fax 206.623.7789

Case 09-10318-MLB    Doc 53    Filed 08/20/09    Ent. 08/20/09 16:33:33    Pg. 2 of 4

8. In this case, Check Into Cash ("CIC") was the Originator, Mercantile Bank was the ODFI, EPN was the ACH Operator, U.S. Bank was the RDFI, and Ms. Snowden was the Receiver.

9. GMS is a third party service provider for ACH transactions. GMS processes approximately 6 million ACH transactions per year. GMS uses Affirmative Technologies, Inc. ("ATI") to provide a web interface that permits GMS's customers, such as CIC, to initiate ACH transactions by entering transaction information into an electronic form online. ATI uses this information to create an ACH entry for each transaction. GMS then receives the ACH entry from ATI. GMS combines ACH entries into one ACH file, and transmits that file to the ODFI. From this point, the transaction proceeds as described above.

10. The ACH transaction in this case occurred as follows:

   a. CIC submitted the check's information to ATI's software on February 19, 2009 at 9:08 a.m., thereby creating an ACH entry.

   b. GMS received the ACH entry from ATI on February 19, 2009 at 9:57 a.m.

   c. GMS processed the ACH entry into an ACH file on February 19, 2009 at 3:53 p.m.

   d. Mercantile Bank processed and sent the ACH file to EPN on February 19, 2009 at 6:05 p.m. after receiving the file from GMS.

   e. EPN transmitted the ACH debit entry to Ms. Snowden's account to U.S. Bank on February 20, 2009 at 12:00 a.m.

   f. The ACH transaction settled on February 20, 2009.

11. The ACH debit entry to Ms. Snowden's account was as follows (the character "X" denotes a numeric character redacted to protect Ms. Snowden's bank account number):

627125000105XXXXXXXX5530   00000575000-11052   SNOWDEN RUPANJALI 0063113770009531

12. The first character ("6") is the Record Type Code. "6" denotes that the entry is in the Entry Detail Record Format specified in Appendix Two to the 2009 ACH Operating Rules. The next two characters ("27") is the Transaction Code, which is used to identify various types of debit

*Declaration of Pawel Blaz in Support of Check Into Cash's Response to Rupanjali Snowden's Motion for Sanctions - Page 3 of 4*

HILLIS CLARK MARTIN & PETERSON, P.S.

1221 Second Avenue, Suite 500
Seattle WA 98101-2925
206.623.1745; fax 206.623.7789

and credit entries. "27" indicates that the entry is a demand debit record seeking automated payment. The next eight characters ("12500010") identify the RDFI, here U.S. Bank. The next character ("5") is the Check Digit calculated as described in Section 2.3 of Appendix Two to the 2009 ACH Operating Rules. Together, the eight-character RDFI identification number and the Check Digit constitute the routing number ("125000105"). The next seventeen characters ("XXXXXXXX5530" followed by five empty spaces) represent the account number at the RDFI from which funds should be withdrawn. The next ten characters ("0000057500") indicate the amount of the transaction in dollars (the first eight characters of the amount) and cents (the last two characters of the amount). Here, the amount is $575.00. The next fifteen characters ("0-11052" followed by eight empty spaces) is the Individual Identification Number provided by the Originator. The next twenty-two characters ("SNOWDEN RUPANJALI" followed by five empty spaces) identify the Receiver's name. The next two characters (two empty spaces) are Discretionary Data, where ODFIs may insert two-digit codes of significance only to them. The next character ("0") is the Addenda Record Indicator. "0" indicates that there was no addenda record. The last fifteen characters ("063113770009531") indicate the Trace Number. The Trace Number is assigned by the ODFI to uniquely identify each entry within an ACH file.

13. The ACH debit entry in Paragraph 11 of this declaration, combined with the batch header information, identify Ms. Snowden's name, her account number at U.S. Bank, the transaction amount, the transaction type, and Check Into Cash as the Originator of the entry.

I hereby declare, under penalty of perjury under the laws of the State of Washington, that the foregoing is true and correct to the best of my knowledge.

DATED this _19_ day of August, 2009.

_____
PAWEL BLAZ

ND: 19792.002 4821-0541-7475v1 8/19/09

*Declaration of Pawel Blaz in Support of Check Into Cash's Response to Rupanjali Snowden's Motion for Sanctions - Page 4 of 4*

HILLIS CLARK MARTIN & PETERSON, P.S.

1221 Second Avenue, Suite 500
Seattle WA 98101-2925
206.623.1745; fax 206.623.7789

Case 09-10318-MLB    Doc 53    Filed 08/20/09    Ent. 08/20/09 16:33:33    Pg. 4 of 4