**UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WASHINGTON**

In re:

RUPANJALI SNOWDEN,

          Debtor.

No. 09-10318

**ORDER SETTING DEADLINES AND
NOTICE OF EVIDENTIARY HEARING**

    1. <u>Hearing</u>: Debtor's Motion for Sanctions for Violation of the Automatic Stay Against Check Into Cash is a contested matter, FRBP 9014, and the remaining factual issue, damages, will be set for an evidentiary hearing.

    2. <u>Initial Disclosures</u>: **All parties shall make the initial disclosures required by FRCP 26(a)(1) within twenty (20) days.** That rule provides, in part:

**General Provisions Governing Discovery; Duty of Disclosure**

(a) Required Disclosures; Methods to Discover Additional Matter.

(1) Initial Disclosures. Except to the extent otherwise stipulated or directed by order or local rule, a party shall, without awaiting a discovery request, provide to other parties:

(A) the name and, if known, the address and telephone number of each individual likely to have discoverable information relevant to disputed facts alleged with particularity in the pleadings, identifying the subjects of the information;

(B) a copy of, or a description by category and location of, all documents, data compilations, and tangible things in the possession, custody, or control of the party that are relevant to disputed facts alleged with particularity in the pleadings;

(C) a computation of any category of damages claimed by the disclosing party, making available for inspection and copying as under Rule 34 the documents or other evidentiary material,

   not privileged or protected from disclosure, on which such computation is based, including materials bearing on the nature and extent of injuries suffered; and

   (D) for inspection and copying as under Rule 34 any insurance agreement under which any person carrying on an insurance business may be liable to satisfy part or all of a judgment which may be entered in the action or to indemnify or reimburse for payments made to satisfy the judgment.

  . . . .

  3. <u>Settlement Conference</u>: Parties are encouraged to discuss settlement; chambers will, upon joint request, endeavor to obtain a settlement judge to assist with that process.

  4. <u>Experts</u>: Parties shall make the disclosures required by FRCP 26(a)(2)(a) within thirty (30) days.

  5. <u>Disclosure material not to be filed</u>: In accordance with CR 5(d), Local Rules, W.D. Wash., disclosure materials **shall not** be filed with the court except as exhibits or as evidence on a motion or at hearing.

  6. <u>Deadlines</u>: Unless otherwise established in a discovery plan approved by the court at a scheduling conference:

   -all discovery shall be completed not later than 20 December 2009, and

   -all dispositive motions and motions to add parties shall be noted for a hearing to be held not later than **4 February 2010 at 10:30 a.m. These deadlines will not routinely be extended, absent a showing of diligent prosecution and compliance with this order.**

  7. <u>Hearing Setting</u>: Each party shall serve and file, not later than **9 November 2009**, a statement setting forth the anticipated **LENGTH OF HEARING**, and counsel's (or the party's) **UNAVOIDABLE CONFLICTS** during the months of **March**, **April** and **May 2010. A hearing date will be set** by

separate order after the due date, **without regard to the schedules of any parties not timely filing statements.**

    8. **<u>Sanctions</u>: Failure to comply with this order may result in monetary sanctions, exclusion of evidence, and/or dismissal of the action or of particular claims, or striking of defenses.**

*/// - END OF ORDER - ///*

United States Bankruptcy Judge
(Dated as of Entered on Docket date above)

CERTIFICATE OF SERVICE:
I CERTIFY I SERVED (VIA U.S. MAIL, FACSIMILE, OR ELECTRONICALLY) COPIES OF THE FOREGOING ON:

| | |
|---|---|
| Camille V. Nightingale<br>Email: cnightingale@seattledebtlaw.com | Christina Latta Henry<br>Email: chenry@seattledebtlaw.com |
| Amit D. Ranade<br>Email: adr@hcmp.com | Joseph A Sakay<br>Email: bankruptcy@hcmp.com |

Alexander Wu
Hillis Clark Martin & Peterson P.S.
1221 Second Avenue, Suite 500 | Seattle, Washington 98101

DATE: 13 October 2009

BY: /s/ Suzan Gallup

(09-10318 Rupanjali Snowden)
ORDER SETTING DEADLINES AND
NOTICE OF EVIDENTIARY HEARING - 3 of 3