1  HILLIS CLARK MARTIN & PETERSON, P.S.                HON. PHILIP H. BRANDT
   1221 Second Avenue, Suite 500                       CHAPTER: 7
2  Seattle, Washington 98101-2925
3  Telephone: (206) 623-1745
   Facsimile: (206) 623-7789
4
   Attorneys for Creditor
5  Check Into Cash of Washington, Inc.

6

7
                UNITED STATES BANKRUPTCY COURT
8               FOR THE WESTERN DISTRICT OF WASHINGTON
9                            AT SEATTLE

10

11 In re:
                                          No.: 09-10318-PHB
12 RUPANJALI SNOWDEN,
                                          [PROPOSED] / B
13            Debtor.                     ORDER GRANTING CHECK INTO
                                          CASH'S MOTION FOR LEAVE TO FILE
14                                        MOTION FOR SUMMARY JUDGMENT

15
          THIS MATTER came before the Court on Check Into Cash's Motion for Leave to File a
16
   Motion for Summary Judgment. The Court has considered the Motion, all papers filed in support
17
   of the Motion, all papers filed in opposition to the Motion, and all other documents on file in this
18
   action. Having considered the foregoing, the Court hereby finds that there is good cause to
19
   extend the dispositive motions hearing deadline and to hear Check Into Cash's Motion for
20
   Summary Judgment / AND DEBTOR'S CROSS MOTION.
21
   //    CIC's SEPARATE STATEMENT, LBR 7056-1(b),
22
   //  SHALL BE FILED BY 16 FEBRUARY 2010;
23
   //    DEBTOR'S CROSS MOTION (IF ANY) BY
24
   //  23 FEBRUARY 2010; AND
25      EACH PARTY'S RESPONSE TO THE OTHER'S
    [PROPOSED] MOTION BY 2 MARCH 2010  HILLIS CLARK MARTIN &
   ORDER GRANTING CHECK INTO CASH'S                      PETERSON, P.S.
   MOTION FOR LEAVE TO FILE A MOTION FOR SUMMARY         1221 Second Avenue, Suite 500
   JUDGMENT: 09-10318-PHB - 1                            Seattle, Washington 98101-2925
                                                         Telephone: (206) 623-1745
                                                         Facsimile (206) 623-7789
   ND 19792 002 4821-0277-9653v1

Accordingly, the Court hereby GRANTS Check Into Cash's Motion for Leave to File a Motion for Summary Judgment, and will hear the Motion for Summary Judgment on March 11, 2010 at 10:30.

DONE IN OPEN COURT this ___ day of 8 February, 2010.

_____
HONORABLE PHILIP H. BRANDT

Presented by:

HILLIS CLARK MARTIN & PETERSON, P.S.

/s/ Alexander M. Wu
_____
Amit D. Ranade, WSBA #34878
Alexander M. Wu, WSBA #40649
Attorneys for Creditor
Check Into Cash of Washington, Inc.

Approved as to form, and for entry;
Notice of Presentment Waived:

SEATTLE DEBT LAW LLC

_____
Christina Latta Henry, WSBA #31273
Attorneys for Debtor
Rupanjali Snowden

[PROPOSED]
ORDER GRANTING CHECK INTO CASH'S
MOTION FOR LEAVE TO FILE A MOTION FOR SUMMARY
JUDGMENT: 09-10318-PHB - 2

ND. 19792.002 4821-0277-9653v1

HILLIS CLARK MARTIN &
PETERSON, P.S.
1221 Second Avenue, Suite 500
Seattle, Washington 98101-2925
Telephone. (206) 623-1745
Facsimile. (206) 623-7789