UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WASHINGTON

In re:

RUPANJALI SNOWDEN,

        Debtor.

No. 09-10318

**JUDGMENT RE SANCTIONS FOR STAY VIOLATION - CHECK INTO CASH**

    Having today made findings of fact and conclusions of law on the record, Rule 7052, Federal Rules of Bankruptcy Procedure,

**it is ORDERED:** Debtor Rupanjali Snowden is awarded Judgment against Check into Cash ("CiC") for its violation of the automatic stay of 11 U.S.C. 362 as follows:

    1. Actual damages:

        A. Emotional distress:     $12,000.00;

        B. Amount of check:     $575.00;

        C. Overdraft and returned

           check fees:     $370.00; and

        D. Attorney fees and costs

           (doc. No. 171):     $2538.55; and

    2. Punitive damages:     <u>$12,000.00</u>;

    3. Total:     $27,483.55     (bears interest at federal judgment rate)

    ///
    ///
    ///
    ///

(09-10318 - Rupanjali Snowden)
Judgment - Sanctions for Stay Violation
Check into Cash (CONTESTED MATTER) - 1 of 2

4. Counsel stipulated on the record that CiC has paid the amounts set forth in paragraphs 1 B, C, and D.

/// - **END OF ORDER** - ///

United States Bankruptcy Judge
(Dated as of Entered on Docket date above)

CERTIFICATE OF SERVICE:
I CERTIFY I SERVED COPIES OF
THE FOREGOING (VIA U.S. POST,
FACSIMILE OR ELECTRONICALLY) ON:

| Camille V. Nightingale | Christina Latta Henry |
| Email: cnightingale@seattledebtlaw.com | Email: chenry@seattledebtlaw.com |
| (Rupanjali Snowden) | (Rupanjali Snowden) |

Edmund J. Wood, Trustee            US Trustee
Served via ECF                      Served via ECF

Amit D. Ranade                      Alexander M. Wu
Email: adr@hcmp.com                 Email: amw@hcmp.com
(Check into Cash)                   (Check into Cash)

DATE: Nov. 16, 2010

BY: /s/ Audrey E. Gervasi

(09-10318 - Rupanjali Snowden)
Judgment - Sanctions for Stay Violation
Check into Cash (CONTESTED MATTER) - 2 of 2