HILLIS CLARK MARTIN & PETERSON P.S.
1221 Second Avenue, Suite 500
Seattle, Washington 98101-2925
Telephone: (206) 623-1745
Facsimile: (206) 623-7789

Attorneys for Creditor
Check Into Cash of Washington, Inc.

Hon. Philip H. Brandt
Chapter: 7
Location: Seattle

UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

In re:

RUPANJALI SNOWDEN,

        Debtor.

Bankr. Case No. 09-10318-PHB
Internal Appeal No. 10-S043
Dist. Court Case No. 10-1947-RSL

**APPELLANT'S DESIGNATION OF RECORD AND STATEMENT OF ISSUES ON APPEAL**

## I. DESIGNATION OF RECORD ON APPEAL

Creditor-Appellant Check Into Cash of Washington, Inc. designates the following items to be included in the record on appeal.

| Document | Description |
|---|---|
| Trial Exhibit P-1 | U.S. Bank Statement (Feb. 10, 2009 – Mar. 9, 2009) |
| Trial Exhibit P-2 | Check Into Cash Consumer Loan Agreement |
| Trial Exhibit P-3 | Check Into Cash's "Guidelines for Bankruptcy and CCCS Accounts |
| Trial Exhibit P-4 | Check Into Cash's "Collection Standards" |
| Trial Exhibit P-5 | PACER search results, dated Feb. 17, 2010 |
| Trial Exhibit P-6 | Bankruptcy Notice of Creditor's Meeting under 11 U.S.C. § 341 |

APPELLANT'S DESIGNATION OF RECORD AND
STATEMENT OF ISSUES ON APPEAL:
Bankr. No. 09-10318-PHB
Internal Appeal No. 10-S043
Dist. Court No. 10-1947-RSL - 1

HILLIS CLARK MARTIN & PETERSON P.S.
1221 Second Avenue, Suite 500
Seattle, Washington 98101
Telephone: (206) 623-1745
Facsimile: (206) 623-7789

| | |
|---|---|
| Trial Exhibit P-7 | Rupanjali Snowden Bankruptcy Petition, Schedule F |
| Trial Exhibit P-8 | Personal check for $575.00 to the order of Check Into Cash |
| Trial Exhibit P-9 | Printout of certain pages from Check Into Cash's website |
| Trial Exhibit P-17 | Printout of electronic stop payment order |
| Trial Exhibit P-18 | Table of attorneys' fees and incurred by Ms. Snowden in connection with this Motion for Sanctions |
| Trial Exhibit P-23 | Printout of report from PACER Case Locator, dated Nov. 2, 2010 |
| Trial Exhibit P-27 | Collection notes from Check Into Cash's Sequim office |
| Trial Exhibit P-28 | Printout of collection notes from Check Into Cash's corporate office |
| Trial Exhibit P-30 | Check Into Cash's policy entitled "The day the Check is due" |
| Trial Exhibit D-1 | U.S. Bank Statement (Sept. 10, 2008 – Oct. 8, 2008) |
| Trial Exhibit D-2 | U.S. Bank Statement (Oct. 9, 2008 – Nov. 10, 2008) |
| Trial Exhibit D-3 | U.S. Bank Statement (Dec. 9, 2008 – Jan. 9, 2009) |
| Trial Exhibit D-4 | U.S. Bank Statement (Jan. 10, 2009 – Feb. 9, 2009) |
| Trial Exhibit D-5 | U.S. Bank Statement (July 9, 2009 – Aug. 11, 2009) |
| Trial Exhibit D-7 | E-mail from Lauren Hosie to Christina Henry, dated May 20, 2009 |
| Trial Exhibit D-10 | Printout from website of U.S. Bankruptcy Court |
| Docket No. 189 | Declaration of Amit D. Ranade attaching Demonstrative Trial Exhibits |
| Trial Transcript | Transcript trial held on November 1 and 2, 2010 |
| Ruling Transcript | Transcript of Judge Brandt's oral ruling |

## II. STATEMENT OF ISSUES

This appeal presents the following issues:

1. Debtors seeking damages for emotional distress under 11 U.S.C. § 362(k) must establish with clear evidence that they suffered significant harm. The Bankruptcy Court applied a preponderance of evidence standard in deciding that Debtor Rupanjali Snowden was entitled to an

APPELLANT'S DESIGNATION OF RECORD AND
STATEMENT OF ISSUES ON APPEAL:
Bankr. No. 09-10318-PHB
Dist. Court No. 10-1947-RSL- 2

HILLIS CLARK MARTIN & PETERSON P.S.
1221 Second Avenue, Suite 500
Seattle, Washington 98101
Telephone: (206) 623-1745
Facsimile: (206) 623-7789

award of emotional distress damages. Did the Bankruptcy Court commit error by applying the wrong standard of proof?

2. In the absence of corroborating evidence, a Debtor seeking damages for emotional distress must establish that a reasonable person would suffer significant emotional harm under the circumstances in addition to establishing her own significant harm. In this case, the Bankruptcy Court awarded emotional distress damages based on inadvertent post-petition telephone calls and an inadvertent post-petition check transaction.

    a. With respect to the telephone calls, did the Bankruptcy Court commit error in finding that Ms. Snowden suffered significant harm from the phone calls despite undisputed evidence that she made no effort to stop the calls and the fact that her Motion for Sanctions does not even mention them?

    b. With respect to the check transaction, did the Bankruptcy Court commit error in finding that a temporarily overdrawn bank account with no purchasing restrictions would cause a reasonable person would suffer significant emotional harm?

3. Punitive damages are appropriate to deter future violations of the automatic stay, and courts impose them on parties that have demonstrated a reckless or callous disregard for the law or rights of others. The uncontroverted evidence in this case establishes that Check Into Cash has detailed policies and practices designed to comply with the Bankruptcy Code and that these policies have successfully resolved every check transaction involving a bankruptcy debtor until this case. The Bankruptcy Court nevertheless punished Check Into Cash for failing to have a policy that addresses the unique circumstance of this case. Did the Bankruptcy Court commit error by misapplying the standard for punitive damages?

APPELLANT'S DESIGNATION OF RECORD AND
STATEMENT OF ISSUES ON APPEAL:
Bankr. No. 09-10318-PHB
Dist. Court No. 10-1947-RSL- 3

HILLIS CLARK MARTIN & PETERSON P.S.
1221 Second Avenue, Suite 500
Seattle, Washington 98101
Telephone: (206) 623-1745
Facsimile: (206) 623-7789

1     DATED this __15__ day of December, 2010.

2                         HILLIS CLARK MARTIN & PETERSON P.S.

3

4                         By _____
                           Amit D. Ranade, WSBA #34878

5                            Alexander M. Wu, WSBA #40649
                           Attorneys for Creditor

6                            Check Into Cash of Washington, Inc.

7   ND: 19792.002 4810-8471-7576v1

APPELLANT'S DESIGNATION OF RECORD AND
STATEMENT OF ISSUES ON APPEAL:
Bankr. No. 09-10318-PHB
Dist. Court No. 10-1947-RSL- 4

HILLIS CLARK MARTIN & PETERSON P.S.
1221 Second Avenue, Suite 500
Seattle, Washington 98101
Telephone: (206) 623-1745
Facsimile: (206) 623-7789