**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF WASHINGTON**

| | |
|---|---|
| In re | CHAPTER NO. 7 |
| Rupanjali Snowden | BANKRUPTCY NO. 09-1010318 |
| | INTERNAL APPEAL NO. 10-S045 |
| Debtor | BAP NO. |
| [Plaintiff] | USDC CASE NO. 10-cv-02050JLR |
| Plaintiff | ADVERSARY NO. |
| v. | |
| [Defendant] | |
| Defendant | |

# NOTICE OF DEFICIENCY

TO: US District Court

DATE DESIGNATION OF RECORD/STATEMENT OF ISSUES DUE: 1/5/11

I certify that a Notice of Appeal was filed by Christina Latta Henry on behalf of Rupanjali Snowden, Appellant, on 12/15/10, and that the time to file a Designation of Record/Statement of Issues on Appeal has elapsed, and no such Designation of Record/Statement of Issues on Appeal or other documentation in prosecution of the appeal has been filed to date.

DATED January 6, 2011.

MARK L. HATCHER
Clerk of the Bankruptcy Court

By: Janet Fortmann
Deputy Clerk

NOTICE OF DEFICIENCY

WAW-514.AP
(rev 2/22/2007)