UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WASHINGTON

| In re: | |
|---|---|
| RUPANJALI SNOWDEN, | No. 09-10318-MLB |
| Debtor. | **JUDGMENT AFTER REMAND** |

Having considered the trial record in accordance with the District Court's remand set forth in the Order Affirming in Part/Reversing in Part Decision of Bankruptcy Court, entered 21 February 2012 (Doc. No. 221) in this case, and the arguments of counsel, and having today made findings of fact and conclusions of law on the record, Rule 7052, Federal Rules of Bankruptcy Procedure, it is ORDERED that the Judgment Re Sanctions for Stay Violation - Check Into Cash, entered 17 November 2010 (Doc. No. 194), remains the Judgment of the Court.

/// - END OF ORDER - ///

*[signature: PHB]*
United States Bankruptcy Judge
(Dated as of Entered on Docket date above)

(09-10318 - Rupanjali Snowden)
Judgment After Remand - 1 of 1